1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                    )
8   MARTYN STEWART, d/b/a/                           )
    NATURESOUND.ORG,                                 )          No. C10-1012RSL
9                                                    )
                           Plaintiff,                )
10                v.                                  )
                                                    )          ORDER TO SHOW CAUSE
11  APPLE, INC., *et al.*,                            )
                                                    )
12                         Defendants.               )
    _____)

13

14          This matter comes before the Court *sua sponte*.  On August 24, 2010, defendants

15  Mitch Waite Group LLC and Mitchell Waite filed a joint motion which, taken as a whole,

16  exceeds 50 pages in length.  (Dkt. # 6).  As of this date, a courtesy copy of these documents has

17  not been provided for chambers.

18          Respondents are hereby ORDERED to show cause, within five days of the date of

19  this Order, why they should not be sanctioned for failure to comply with Local Rule 10(e)(8).

20  Defendants shall immediately deliver a paper copy of the motion and all supporting documents,

21  with tabs or other organizing aids as necessary and clearly marked with the words "Courtesy

22  Copy of Electronic Filing for Chambers," to the Clerk's Office.

23

24          Dated this 30th day of August, 2010.

25                                      *MMP S Lasnik*

26                                      Robert S. Lasnik
                                        United States District Judge

ORDER TO SHOW CAUSE