1
2
3
4
5
6           UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
7                       AT SEATTLE

8   _____
                                          )
9   MARTYN STEWART, d/b/a/                )
    NATURESOUND.ORG,                      )   No. C10-1012RSL
10                                        )
                      Plaintiff,          )
11          v.                            )
                                          )   ORDER GRANTING IN PART
12  APPLE, INC., *et al.*,                )   APPLE INC.'S MOTION TO DISMISS
                                          )
13                    Defendants.         )
    _____)
14

15          This matter comes before the Court on "Apple Inc.'s Motion to Dismiss and

16  Notice of Joinder in Defendants Mitch Waite Group LLC's and Mitchell Waite's Motion to

17  Dismiss for Failure to State a Claim." Dkt. # 15. For the reasons stated in this Court's "Order

18  Denying Defendants' Motion to Dismiss," of even date, Apple's motion is GRANTED in part.

19  Plaintiff's requests for statutory damages and attorney's fees are DISMISSED. Plaintiff's

20  infringement claim may proceed to discovery.[1]

21
22
23
        [1] The only new legal authority identified by Apple, Bean v. Houghton Mifflin Harcourt Publ'g
24  Co., 2010 WL 3168624 (D. Ariz. Aug. 10, 2010), does not compel a different result. In Bean, the
    original author of a photographic work filed an infringement claim based on a registration submitted by
25  a third party. The district court expressly declined to determine "whether a compilation registration can
    ever have the effect of registering the individual works contained in the compilation." 2010 WL
26  3168624 at * 4 n.3.

ORDER GRANTING IN PART
APPLE INC.'S MOTION TO DISMISS

1        Dated this 8th day of November, 2010.

2                                *signature*

3                                Robert S. Lasnik
4                                United States District Judge

ORDER GRANTING IN PART
APPLE INC.'S MOTION TO DISMISS            -2-